1  Ana P. Hallmon (SBN: 253309)
   Edward D. Winchester (SBN: 271500)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   Email: ahallmon@sjlawcorp.com
5  Email: ewinchester@sjlawcorp.com

6  Attorneys for Plaintiffs,
   ILWU Warehouse Welfare Trust, et al.
7

8  JAMES M. NELSON (SBN 116442)
   GREENBERG TRAURIG, LLP
9  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
10 Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
11 nelsonj@gtlaw.com

12 Attorneys for Defendant
   REPUBLIC SERVICES, INC.
13

14                    UNITED STATES DISTRICT COURT

15                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | ILWU WAREHOUSE WELFARE TRUST; AND JAMES BEARD AND LARRY MORRISON, as Trustees of the ILWU Warehouse Welfare Trust, | Case No.: C16-05123 JSW |
|---|---|---|
| 18 | | **STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE;** |
| 19 | Plaintiffs, | **[PROPOSED] ORDER THEREON** |
| 20 | v. | |
| 21 | REPUBLIC SERVICES, INC. | |
| 22 | Defendant. | |

1  IT IS HEREBY STIPULATED by and between the parties, through their respective
2  counsel, that pursuant to the Tolling Agreement which is attached ~~hereto~~ to Docket No. 29 as Exhibit A, that the
3  Court dismiss this action without prejudice.

4  DATED: May 26, 2017                           SALTZMAN & JOHNSON LAW
5                                                CORPORATION

6                                       By:  _____/S/_____
7                                            Edward D. Winchester
                                             Attorneys for Plaintiffs

8  DATED: May 26, 2017                           GREENBERG TRAURIG, LLP
9

10                                      By:  _____/S/_____
                                             James M. Nelson
11                                           Attorneys for Defendant
                                             REPUBLIC SERVICES, INC.
12

13                                           ORDER

14  Pursuant to the parties' Stipulation and Tolling Agreement, and good cause appearing:

15  IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

16  IT IS SO ORDERED.

17  DATED: __May 30____, 2017

18
19                                           _____
                                             HON. JEFFREY S. WHITE
20                                           UNITED STATES DISTRICT COURT JUDGE

21                              **ATTESTATION CERTIFICATE**

22  In accord with the Northern District of California's Civil Local Rule 5-1, I attest that
23  concurrence in the filing of this document has been obtained from each of the other signatories
24  who are listed on the signature page.

25  Dated: May 26, 2017

26

27                                      By:  _____/S/_____
                                             Edward D. Winchester
28                                           Attorneys for Plaintiffs